EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br>Enmienda a la Regla 13 del<br>Reglamento Notarial de Puerto Rico | 2003 TSPR 6<br><br>158 DPR _____ |

Número del Caso: ER-2002-2


Fecha: 17 de enero de 2003



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Enmienda a la Regla 13
del Reglamento Notarial
de Puerto Rico

RESOLUCION

San Juan, Puerto Rico, a 17 de enero de 2003

**POR CUANTO:** De conformidad con las disposiciones del Artículo 61 de la Ley número 75 del 2 de julio de 1987, conocida como la **Ley Notarial de Puerto Rico** de 1$^{ro}$ de agosto de 1995, este Tribunal adoptó y puso en vigor el Reglamento Notarial de 1995 para regular el ejercicio del notariado.

**POR CUANTO:** Las situaciones de incompatibilidad que pudieran existir entre el abogado-notario empleado en el servicio público y la práctica notarial están controladas por impedimentos definidos en ley y por las prohibiciones particulares que los propios organismos públicos establecen y notifican a la Oficina de la Directora de Inspección de Notarías de este Tribunal (Art. 4, Ley Notarial de Puerto Rico).

**POR CUANTO:** Entendemos que el establecimiento de unos parámetros claros por los organismos públicos sobre la práctica privada de la notaría por sus abogados-notarios o la prohibición tajante de la misma, conllevan ajustes en los informes que por Ley y Reglamento deben rendir los notarios a la Oficina de Inspección de Notarías.

**POR CUANTO:**    Este Tribunal ha enmendado la Regla 12 para hacer más efectivo el Registro de Prohibiciones dispuesto por la Regla 6 de este Reglamento, con miras a reforzar la confianza de la sociedad en la imparcialidad de la fe pública notarial.

**POR TANTO:** Este Tribunal, en el ejercicio de su facultad para regular el ejercicio del notariado y de complementar por Reglamento las disposiciones de la Ley Notarial de Puerto Rico, por la presente, enmienda el tercer párrafo de la Regla 13 del Reglamento Notarial de 1995 para que lea como sigue:

**Regla 13.  Índice Estadístico Anual de Actividad Notarial**

...

...

El informe será rendido en el formulario que proveerá la **Oficina de Inspección de Notarías. Cuando el notario sea empleado de una instrumentalidad pública y ésta le permita la práctica privada de la notaría fuera de horas laborales, separará en el informe aquí requerido el trabajo notarial hecho como notario del organismo público del hecho en la práctica privada.**

Esta resolución tendrá vigencia inmediata.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Patricia Otón Olivieri
Secretaria del Tribunal Supremo